EOD 9-30-93

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN ~~~~~~~~~
SEP 2 7 1993

BY
DEPUTY

CHRISTOPHER ROBERT TAYLOR   §
§
V.   §   CIVIL NO. 4:93cv103
§
TERRY BOX, ET AL.   §

## FINAL JUDGMENT

The Court having considered the Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby ORDERED that the Plaintiff take nothing by his suit and that the same is DISMISSED without prejudice.

SIGNED this 22nd day of September, 1993.

PAUL BROWN
UNITED STATES DISTRICT JUDGE

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By:

CIV. ORDER BOOK
v 69 P 118

12